| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> Caption in Complince with D.N.J.L. LBR 9004-1(b) <br> **SEAN R. BROTHERS** <br> **ASHLEY R. BROTHERS** <br> 2337 SOUTH BRANCH ROAD <br> BRANCHBURG TWP, NJ 08853 <br> (516) 426-1852 <br> In Re: <br> **Chrysler Capital, LLC** | U.S. BANKRUPTCY COURT <br> FILED <br> TRENTON, NJ <br> 2017 JUN 15 P 1:48 <br> BY: _____ <br> DEPUTY CLERK <br> Case#:16-21401/CMG <br> Hearing: June 21, 2017 <br> Time: Ready Hold 12:00PM <br> Judge: Gravelle |

## RESPONSE TO CHRYSLER CAPITAL, LLC MOTION TO REPOSES 2014 DODGE JOURNEY

Ashley R. Brothers hereby certifies the following to be true:

1. The attached letter was sent to Chrysler Capital VIA U.S.P.S. on Wednesday, June 6, 2017, Friday, June 9, 2017 & Tuesday June 13, 2017.

2. Ashley R. Brothers is up to date with payments on the 2014 Dodge Journey which was leased by her father, Steven C. Strunk.

3. Ashley R. Brothers has been a loyal Chrysler/Dodge customer since 2011 & has been on time with payments until the start of the bankruptcy case. At that point in time Chrysler Capital, LLC stopped sending Mr. Steven C. Strunk monthly bills.

4. Ashley R. Brothers has included proof of payments and registration.

5. Ashley R. Brothers understands the punishment for lying in a sworn statement. The above mentioned is true.

Dated: Tuesday, June 13, 2017

Ashley R. Brothers

Sean R. Brothers

## Copies have been distributed to:

Albert Russo, Standing Trustee

CN 4853

Trenton, NJ 08650

**(MAILED)**

Clerk, Bankruptcy Court

402 East State Street

Trenton, NJ 08608

**(HAND DELIVERED)**

John R. Morton, Jr., Esquire

110 Marter Avenue, Suite 301

Moorestown, NJ 08057

**(MAILED)**

*COURT COPY*

Ashley Brothers
2337 S. Branch Rd.
Branchburg, NJ 08853
(516) 426-1852

Monday, June 5, 2017

Chrysler Capital
1010 Mockingbird Lane
Dallas, TX 75266

RE: Loan #1000105

To Whom It May Concern:

Can you please extend my lease on a month to month basis for the next two to six months? The Dodge Journey is my only means of transportation. In addition I do not qualify for any finance offers as a result of an ongoing chapter 13 case.

I need this vehicle to transport my three young children on a daily basis. We live in a rural area & public transportation is not an option.

Please allow me to extend my lease on a month to month basis until I am able to find another form of transportation.

Thank you for your time & consideration.


Ashley R. Brothers

166348428

CCAP AUTO LEASE LTD
PO BOX 961272
FT WORTH          TX 76161



166348428

### NEW JERSEY - MOTOR VEHICLE SERVICES
### LEASED    THIS IS A RECEIPT DOCUMENT ONLY

PLATE NO: U38EDT        GOOD THRU: APR 2018 VIN:        3C4PDDAG1ET206198

16406 55057 61610                      MAKE: DOD            REG R :            71.50
CCAP AUTO LEASE LTD                    YEAR: 2014           FD REG:
PO BOX 961272                          TYPE: WAGON          POST AUDIT:
FT WORTH          TX  76161            MODEL: JOU           PLATE FEE:
                                       COLOR: BL
                                       PT: PA
                                       MILEAGE:
                                       WC: 8
                                       EQ: 8                TOTAL: (M)         71.50
                                       REGCD: 08            DC      FL20171580185

```
State of New Jersey
Motor Vehicle Commission
Flemington No. 2209
181B Rt. 202/31
Ringoes, NJ 08551

Receipt No. FL060051949

Cashier: POSCOD       Terminal-ID: FL06
Date: 6/7/2017             Time: 12:15
==========================================
Sale Items (1)

Reg Ren            0185             $71.50
                                   ========
                   Total Due:       $71.50
==========================================
Payment Items (1)

MasterCard Credit Card 0607161805   $71.50
                                   ========
Total Amount Tendered               $71.50
Change Due                           $0.00

Thank You and Have a Nice Day
         www.njmvc.gov
```

Paid 1/26/2017
$393.20 **Dodge**
$3.75 conv.
396.95
confirm: (855) 563-5635
23591513.

Jan
Feb
mar
april
may
June

confirm:
2563946
$402.39

Acct: xxx

Paid $196.60
certified check
#99900

Paid $196.60
certified ck
#100025