*Court Copy*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

Caption in Complince with D.N.J.L. LBR 9004-1(b)

**SEAN R. BROTHERS**
**ASHLEY R. BROTHERS**
2337 SOUTH BRANCH ROAD
BRANCHBURG TWP, NJ 08853
(516) 426-1852

In Re:

**ALBERT RUSSO, STANDING TRUSTEE**
CN 4853
Trenton, NJ 08650

*Movant Shall Certify Notice To All Interested Parties Of The New Hearing Date Fixed By The Court.*

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2017 JUN 15 P 18

BY: _____
DEPUTY CLERK

Case#:16-21401/CMG
Hearing: ~~June 21, 2017~~
Time: Ready Hold 12:00PM
Judge: Gravelle

*Hearing Date: July 19, 2017 at 12:00*

## NOTICE OF MOTION TO

Relief sought: **Request to turn a portion of the arrears Wells Fargo claims I owe turned into unsecured debt.**

ASHLEY R. BROTHERS has filed papers with the court to turn $66,337.18 of Wells Fargo's claim into unsecured debt. This amount includes past due principal and interest, prepetition fees and *projected* escrow shortage. If granted, it would leave $35,251.52 as secured debt. The secured amount includes the shortage in the escrow account; monies used to pay property taxes, home owners insurance, Wells Fargo's attorney fees and P.M.I.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (IF you do not have an attorney, you may wish to consult one.)**

Case#: ~~16-21401/CMG~~
Chapter: 13
Hearing Date: ~~5/17/17~~
Hearing Time: ~~12:00 PM~~
Judge: Gravelle

# Copies have been mailed to:

Albert Russo, Standing Trustee
CN 4853
Trenton, NJ 08650

Phelan Hallinan & Diamond, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054

Clerk, U.S., Bankruptcy Court
402 East State Street
Trenton, NJ 08608
**(HAND DELIVERED)**

If you, or your attorney, do not take the steps outlined above, the court
may decide that you do not oppose the relief sought in the motion and
may enter an order granting that relief.

**Date:** _____5 | 2 | 17_____

**Signature:** _Ashley Brothers_



| UNITED STATES BANKRUPTCY COURT |
| :---: |
| DISTRICT OF NEW JERSEY |

Caption in Complince with D.N.J.L. LBR 9004-1(b)

**SEAN R. BROTHERS**
**ASHLEY R. BROTHERS**
2337 SOUTH BRANCH ROAD
BRANCHBURG TWP, NJ 08853
(516) 426-1852

In Re:

**ALBERT RUSSO, STANDING TRUSTEE**
CN 4853
Trenton, NJ 08650

Case#:16-21401/CMG
Hearing: June 21, 2017
Time: Ready Hold 12:00PM
Judge: Gravelle

# CERTIFICATION IN SUPPORT OF MOTION TO TURN A PORTION OF SECURED DEBT INTO UNSECURED DEBT

ASHLEY ROSE BROTHERS, WIFE OF SEAN R. BROTHERS AND SEAN R. BROTHERS HEREBY CERTIFIES AS FOLLOWS:

1. Mrs. Ashley R. Brothers, wife of Sean R. Brothers has put forth her greatest effort to save her family's home and rectify not only the debts seen by the courts but other financial obstacles that have crossed Mr. & Mrs. Brothers path since 2008 including but not limited to: health insurance issues due to her sons severe diagnosis, home owners insurance issues, bank levies, liens on their residence without a single shred of notice and issues with the IRS, taxation department of New Jersey & the taxation department of New York which lead to frozen assets and levies/leins. Since 2010, she has sent over thirty letters to Wells Fargo begging them to speak with her before the situation got out of control (letters can be photocopied and submitted upon request.)

2. In December, 2016 Wells Fargo responded to a complaint filed with the Consumer Financial Protection Bureau by Ashley R. Brothers, wife of Sean R. Brothers. They stated that in order to reduce the principal balance Mr. Sean R. Brothers would have to apply for a modification. Ashley R. Brothers, wife of Sean R. Brothers immediately filled out and mailed in the paperwork. However in February, 2017 Wells Fargo denied Mr. Sean R. Brothers modification. In

addition after denying the modification, Wells Fargo Home Mortgage sent a private appraiser out to 2337 South Branch Road, Branchburg Township, NJ 08853 to obtain a documented value of the home.

3. On March 3, 2017 Wells Fargo Representative Raven Rodriguez contacted Ashley R. Brothers, wife of Sean R. Brothers to obtain further information to review and finalize the filed modification paperwork. Mrs. Brothers explained that just a week prior she had received notice that the modification was denied. Ms. Rodriguez said she would still like me to resend the entire application *without* paystubs, a hardship letter and tax records release.

4. On a recorded call in March, 2017 Wells Fargo Executive Resolution Specialist, Lisa Ulrich told Ashley R. Brothers, wife of Sean R. Brothers that she has made poor life decisions and does not deserve assistance from Wells Fargo. Lisa Ulrich also made comments about the condition of the Brothers' Family home and asked why Mrs. Brothers doesn't want to live somewhere nicer.

5. On April 24, 2017 Wells Fargo Home Mortgage Representative Genevieve called Ashley R. Brothers, wife of Sean R. Brothers on her cell phone. She began the conversation by stating "This is an attempt to collect a debt. Any information obtained..." In addition to the above statement Genevieve gave Ashley R. Brothers, wife of Sean R. Brothers an invalid website which she was supposed to use to obtain a modification packet. Ashley R. Brothers, wife of Sean R. Brothers requested a modification packet be sent to her residence on March 29, 2017.

6. On April 18, 2017 Ashley R. Brothers, wife of Sean R. Brothers contacted Albert Russo's office seven times between the hours of 9AM & 2:15PM. She spoke to Gina at 2:15 PM and was informed that the trustee's office has too many open cases to review documentation from every citizen in the bankruptcy process. This response came after Ashley R. Brothers, wife of Sean R. Brothers inquired about documents requested by the trustee's office. Mrs. Brothers explained that her then attorney had overnighted documents to answer said questions back in December, 2016.

7. In the past twelve months Ashley R. Brothers, wife of Sean R. Brothers has been hung up on by multiple Wells Fargo Home Mortgage representatives who

claimed they could not legally speak with her since her name is _not_ on the home mortgage that she continues to fight for. Two of the Wells Fargo Home Mortgage representative's names are Albert & Maria. When this was brought to the executive offices attention she was informed that without a last name finding any specific representative named Albert or Maria would be like "finding a needle in a haystack" (Kate Harrenstein).

8. The financial issues with Wells Fargo have consumed over four years of Mr. & Mrs. Sean R. Brothers life. It has affected their health, emotional state and wellbeing. Ashley R. Brothers, wife of Sean R. Brothers has been hospitalized due to the overwhelming amount of stress caused by attempts to speak with Wells Fargo Home Mortgage and the diagnosis of her sons life threatening illness; Severe Hemophilia A with an inhibitor. (Proof provided upon request)

9. Mr. & Mrs. Sean R. Brothers have spent a combined $7,750.00 to two different attorneys between 2010 & 2016 to communicate and work with their family in an effort to stay in their home and current residence; 2337 South Branch Road, Branchburg Township, New Jersey 08853. Both attorneys failed to comply with serviced that had been agreed on and were caught in lies that ultimately cost their family more money and time. As a result Ashley R. Brothers, wife of Sean R. Brothers took the reins and did everything humanly possible to stop the charade with Wells Fargo Home Mortgage.

10. Mr. & Mrs. Sean R. Brothers have been forced to pay an increased P.M.I. (Private Mortgage Insurance) rate of $3,701.88 & home owner's insurance rate of $3,086.00 annually as a direct result of their hardship with Wells Fargo.

11. Wells Fargo has continued to charge Mr. & Mrs. Sean R. Brothers late fees every month in the amount of $177.76 (total: $2,133.12) despite being on time with all home mortgage payments in the past year. In addition, Wells Fargo Home Mortgage recently reported twelve late payments to the credit bureau causing further issues and confusion. However, during a recorded conversation with Wells Fargo Executive Accountant Kate Harrenstein on November 16, 2016 at 5:36PM she stated that after filing bankruptcy all late payment fees stop as long as Mr. Sean R. Brothers makes his monthly payments by the fifteenth of the month.

12. Wells Fargo Home Mortgage increased Mr. Sean R. Brothers & Mrs. Ashley R. Brothers, wife of Sean R. Brothers mortgage payment $292.11 per month from $2,964.54 to $3,256.65. However, Wells Fargo Home Mortgage has requested a payment of $3007.76 but continues to adjust only $2,888.76 per month.

13. In April, 2017 Mr. & Mrs. Sean R. Brothers were informed that their personal accountant did *not* file their full 2009 taxes which resulted in an abundance of penalties, interest and a lien on their home. Wells Fargo Home Mortgage will *not* modify any loan if they are not the first lien on the home. Ashley R. Brothers, wife of Sean R. Brothers was given this information by Wells Fargo Home Mortgage employee Tiffany Oliver.

14. On April 24, 2017 Ashley R. Brothers, wife of Sean R. Brothers spoke with Wells Fargo representative, Genevieve. She explained to Genevieve that she still had not received a new modification packet which Wells Fargo Home Mortgage requested she fill out *again*. Genevieve instructed Ashley R. Brothers, wife of Sean R. Brothers to visit www.wellsfargo.come/homepreservation15 to print out a copy of the application. **The webpage does not exist**!

15. Ashley R. Brothers, wife of Sean R. Brothers has been filing complaints about Wells Fargo Home Mortgage with President Obama, President Trump, the Consumer Protection Financial Bureau, Attorney General of NJ, Senator Menendez, NJ department of banking and insurance and Governor Christie since August, 2010.

16. On February 18, 2017 Ashley R. Brothers, wife of Sean R. Brothers sent a letter to various government agencies about issues she was encountering with the Consumer Protection Financial Bureau. She had filed a complaint back in October, 2016 and the White House filed a complaint back in November, 2016. The claim number assigned to the case on behalf of the agency does **not** exist. The

17. Mr. & Mrs. Sean R. Brothers' home is in need of immediate repair to prevent further damage. However, Mr. & Mrs. Sean R. Brothers are reluctant to continue fixing the ongoing issues as a result of over four years of difficulties communicating and working with Wells Fargo Home Mortgage.

18.  Mr. Sean R. Brothers & Ashley R. Brothers, wife of Sean R. Brothers escrow balance has gone from -$35,751.53 to -$38,497.08 despite monthly escrow deposits of $1,109.16 July, 2016 through September, 2016 & $1,145.36 October, 2016 through June, 2017.   However, despite the growing deficient escrow balance Wells Fargo Home Mortgage claimed that Mr. Sean R. Brothers & Mrs. Ashley R. Brothers, wife of Sean Brothers *overpaid* their escrow account by $49.38 and cut them a check for that amount.  Ashley R. Brothers, wife of Sean R. Brothers requested a copy of the escrow analysis but Wells Fargo Home Mortgage Specialist Tanaya Arteaga was unable to locate said documents.

19.  Mr. Sean R. Brothers & Ashley R. Brothers deserve a fair chance to live in their "home" with their children.  Ashley R. Brothers has been experiencing severe chest pain as a result of the ongoing stress caused by Wells Fargo Home Mortgage over the course of the past twelve months.  Ashley R. Brothers, wife of Sean R. Brothers is fearful that she is going to endure a heart attack as a direct result of the ongoing stress caused by Wells Fargo Home Mortgage and the Bankruptcy process.

20.  Ashley R. Brothers, wife of Sean R. Brothers has been assigned over twelve different points of contact at Wells Fargo over the course of the past eleven months.  More than one third of the points of contact are no longer employed by Wells Fargo making it exceptionally hard to move forward with any resolution.

21.  On June 8, 2017 Vanessa (Wells Fargo Home Mortgage Specialist) called Ashley R. Brothers, wife of Sean R. Brothers & requested to add underwriter Leslie to the phone call. Mrs. Brothers was then asked to send further documentation to move forward with the modification process. Mrs. Brothers explained that she spoke with four different representatives since February and was told that no further information was needed to move forward.

22.  The disorganization and lack of communication within Wells Fargo Home Mortgage has cost Mr. & Mrs. Sean R. Brothers enough time and money and good health since 2010.  It is unfair to allow this to continue any further.

Ashley R. Brothers and Sean R. Brothers understand the punishment for lying in a sworn statement.  The above mentioned is true.

---

Dated: Wednesday, June 7, 2017

Ashley R. Brothers                              Sean R. Brothers



Wells Fargo
PO Box 10335
Des Moines, IA 50306-0335

November 25, 2016

Case#:16-21401/CMG
Hearing: June 21, 2017
Time: Ready Hold 12:00PM
Judge: Gravelle

Ashley Brothers
2337 S Branch Road
Neshanic Station, NJ 08853

Subject: Status update to the inquiry received on October 13, 2016, from the Consumer Financial Protection Bureau (CFPB) about the account number███████████

Dear Mrs. Ashley Brothers:

Thank you for the opportunity to speak with you about your concerns on behalf of Sean Brothers. We've carefully researched these matters and are providing you with a response.

**In the inquiry received, you expressed concern about:**

- Wells Fargo won't speak to me without Sean Brother's permission
- Our lawyer instructed us to stop making payments
- Wells Fargo refused to take our payments
- Wells Fargo refused to review and modify our loan
- Wells Fargo refused to remove our Private Mortgage Insurance (PMI)
- Request to remove attorney fees and months charged when Well Fargo refused to take our payments

Please find our responses to the inquiry below.

*[handwritten: According to Kim WF should have been speaking to me this ENTIRE time! A POA wasn't needed! You put me through the ringer requesting permission, but I come to find out it wasn't needed in the 1st place!]*

**Wells Fargo won't speak to me without Sean Brother's permission**

We've completed the request and wanted to let you know we've updated the account indicating that you can receive account information and speak to us concerning this account. We'll keep this authorization on the account for "life of the loan", or until you ask us to remove it. Please find the letter dated July 18, 2016, confirming this action.

**Our lawyer instructed us to stop making payments**

During discussion for payment assistance options, we may discuss program requirements about past due payments. Please note, we don't instruct our customers or recommend they miss payments to qualify for assistance. If payments aren't made, the Note and Mortgage, signed at origination outline actions we may take. We regret any confusion which may have occurred. Please be advised, we cannot comment on the instructions you were provided by your attorney.

**Wells Fargo refused to take our payments**

The account originated on October 30, 2008. The account had monthly mortgage payments due on the 1st day of each month. If a payment isn't received by the due date, we may call as a reminder during the courtesy period to ensure there hasn't been a payment error. We may continue to make calls until the payment is received. We're also able to discuss payment arrangements, if needed. During discussion for payment assistance options, we may discuss program requirements about past due payments. If payments aren't made, the Note and Mortgage, signed at origination outline actions we may take.



**COURTS PUBLIC ACCESS**



ACMS Public Access: SCP Judgment Detail



**Page: 1**      (#1)

**END OF LIST**

| VENUE | : SOMERSET | COURT : LAW SCP | DOCKET # : DC  005447  12 |
|---|---|---|---|
| CASE TITLE | : MIDLAND FUNDING LLC VS BROTHERS ASHLEY | | TYPE : CONTRC-REG |

| | | | | | |
|---|---|---|---|---|---|
| JDGMNT NUM : VJ  003792  14 | STATUS: OPEN | STATUS DATE : 10  31  2014 | | | |
| JDGMNT AWD : | 1939.27 | COURT COST: | 39.00 | OTHER COSTS: | |
| JDGMNT TOT : | 2032.06 | ATTY FEES : | 53.79 | INTEREST: | |
| ENTER DATE : 10 31 2014 TIME: 16 00 FILE DATE: 10 29 2014 CREDITS: | | | | | |

| SEL | PARTY NAME | AFL | ROLE | ATTORNEY FIRM | STAT | STAT DATE |
|---|---|---|---|---|---|---|
| ◯ | BROTHERS          ASHLEY | IND | D | PRO SE | 01 | 10 29 2014 |
| ◯ | MIDLAND FUNDING LLC | COM | C | PRESSLER AND PR | 01 | 10 29 2014 |

Screen ID:CVM3040 **Copyrighted © 2012 - New Jersey Judiciary**
Session ID: TCKJ32 Case Count: 4
BUILD 2015.6.0.02.10 Timer Count down: 297

ACMS Public Access                                      Page 1 of 1
Case 16-21401-CMG    Doc 52    Filed 06/15/17    Entered 06/15/17 14:51:14    Desc Main
Document      Page 11 of 44



ACMS Public Access: SCP Judgment Detail





**Page: 1**



**END OF LIST**



| VENUE | : SOMERSET | COURT : LAW SCP | DOCKET # : DC 002951 10 |
| CASE TITLE | : HSBC BANK NEVADA VS BROTHERS ASHLEY | | TYPE : CONTRC-REG |

| JDGMNT NUM : VJ 003841 10 | STATUS: OPEN | STATUS DATE : 08 06 2010 |
| JDGMNT AWD : 4826.16 | COURT COST: 57.00 | OTHER COSTS: |
| JDGMNT TOT : 5004.88 | ATTY FEES : 111.72 | INTEREST: 10.00 |
| ENTER DATE : 08 06 2010 TIME: 12 49 FILE DATE: 08 06 2010 CREDITS: | | |

| SEL PARTY NAME | | AFL | ROLE | ATTORNEY FIRM | STAT | STAT DATE |
|---|---|---|---|---|---|---|
| ○ BROTHERS | ASHLEY | R | IND | D | PRO SE | 01 08 06 2010 |
| ○ HSBC BANK NEVADA | NA | | BNK | C | LYONS DOUGHTY & | 01 08 06 2010 |

Screen ID:CVM3040 **Copyrighted © 2012 - New Jersey Judiciary**
Session ID: TCKJ32 Case Count: 2
BUILD 2015.6.0.02.10 Timer Count down: 286



**COURTS PUBLIC ACCESS**

ACMS Public Access: SCP Judgment Detail



Page: 1



**END OF LIST**

#1

| VENUE | : SOMERSET | COURT : LAW SCP | DOCKET # : DC  000975  13 |
|---|---|---|---|
| CASE TITLE : CAVALRY SPV I, LLC VS BROTHERS ASHLEY | | | TYPE : CONTRC-REG |

```
JDGMNT NUM : VJ  001032  13  STATUS: OPEN       STATUS DATE : 07  10  2013
JDGMNT AWD :      1308.56   COURT COST:     39.00  OTHER COSTS:
JDGMNT TOT :      1388.73   ATTY FEES :     41.17     INTEREST:
ENTER DATE : 07 10 2013 TIME: 14 13 FILE DATE: 07 10 2013 CREDITS:
```

| SEL PARTY NAME | | AFL | ROLE | ATTORNEY FIRM | STAT | STAT DATE |
|---|---|---|---|---|---|---|
| ◯ BROTHERS | ASHLEY | IND | D | PRO SE | 01 | 07 10 2013 |
| ◯ CAVALRY SPV I, LLC | | COM | C | APOTHAKER SCIAN | 01 | 07 10 2013 |

Screen ID:CVM3040 **Copyrighted © 2012 - New Jersey Judiciary**
Session ID: TCKJ32 Case Count: 6
BUILD 2015.6.0.02.10 Timer Count down: 295



**COURTS PUBLIC ACCESS**

ACMS Public Access: SCP Judgment Detail





Page: 1



**END OF LIST**

| VENUE | : SOMERSET | COURT : LAW SCP | DOCKET # : DC  001556  14 |
|---|---|---|---|
| CASE TITLE : MIDLAND FUNDING LLC VS BROTHERS ASHLEY | | | TYPE : CONTRC-REG |

```
JDGMNT NUM : VJ   001527  14  STATUS: OPEN        STATUS DATE : 06  03  2014
JDGMNT AWD :      770.94    COURT COST:      39.00  OTHER COSTS:
JDGMNT TOT :      840.36    ATTY FEES :      30.42     INTEREST:
ENTER DATE : 06 03 2014 TIME: 16 04 FILE DATE: 05 23 2014 CREDITS:
```

| SEL | PARTY NAME | | AFL | ROLE | ATTORNEY FIRM | STAT | STAT DATE |
|---|---|---|---|---|---|---|---|
| ◯ | BROTHERS | ASHLEY | IND | D | PRO SE | 01 | 05 23 2014 |
| ◯ | MIDLAND FUNDING LLC | | COM | C | PRESSLER AND PR | 01 | 05 23 2014 |

Screen ID:CVM3040 **Copyrighted © 2012 - New Jersey Judiciary**
Session ID: TCKJ32 Case Count: 5
BUILD 2015.6.0.02.10 Timer Count down: 297



**COURTS PUBLIC ACCESS**

 ACMS Public Access: SCP Judgment Detail



Page: 1



**END OF LIST**

```
VENUE     : SOMERSET        COURT : LAW SCP      DOCKET # : SC  000221  14
CASE TITLE : ACB RECEIVABLES MANA VS BROTHERS ASHLEY        TYPE : CONTRC-SCL
```

```
JDGMNT NUM : VJ  001506  14  STATUS: OPEN        STATUS DATE : 05  30  2014
JDGMNT AWD :    1432.08      COURT COST:    22.00  OTHER COSTS:
JDGMNT TOT :    1497.72      ATTY FEES :    43.64      INTEREST:
ENTER DATE : 05 30 2014 TIME: 13 27 FILE DATE: 05 15 2014 CREDITS:
```

| SEL | PARTY NAME | AFL | ROLE | ATTORNEY FIRM | STAT | STAT DATE |
|-----|-----------|-----|------|---------------|------|-----------|
| ◯ | BROTHERS        ASHLEY | | IND | D | PRO SE | 01 05 15 2014 |
| ◯ | ACB RECEIVABLES MANA GEMENT IN C | BUS | C | BART A. CHASE | 01 05 15 2014 |

Screen ID:CVM3040 **Copyrighted © 2012 - New Jersey Judiciary**
Session ID: TCKJ32 Case Count: 6
BUILD 2015.6.0.02.10 Timer Count down: 288



**ACMS Public Access: SCP Judgment Detail**





**Page: 1**

**END OF LIST**

| VENUE | : SOMERSET | COURT : LAW SCP | DOCKET # : SC 000315 15 |
| CASE TITLE : PAW PRINTS VETERINAR VS BROTHERS ASHLEY | | | TYPE : CONTRC-SCL |

```
JDGMNT NUM : VJ  002305  15  STATUS: OPEN        STATUS DATE : 08  12  2015
JDGMNT AWD :      300.03   COURT COST:       42.00  OTHER COSTS:
JDGMNT TOT :      342.03   ATTY FEES :                  INTEREST:
ENTER DATE : 08 12 2015 TIME: 11 27 FILE DATE: 08 03 2015 CREDITS:
```

| SEL PARTY NAME | AFL | ROLE | ATTORNEY FIRM | STAT | STAT DATE |
|---|---|---|---|---|---|
| ◯ BROTHERS        ASHLEY | IND | D | PRO SE | 01 | 08 03 2015 |
| ◯ PAW PRINTS VETERINAR Y HOSPITA L | CRP | C | PRO SE | 01 | 08 03 2015 |

Screen ID:CVM3040 **Copyrighted © 2012 - New Jersey Judiciary**
Session ID: TCKJ32 Case Count: 3
BUILD 2015.6.0.02.10 Timer Count down: 279



**NEW YORK STATE** | **Department of Taxation and Finance**

April 11, 2017

Mr. Sean and Mrs. Ashley Brothers
2337 S Branch RD
Branchburg, NJ 08853-4119

Dear Mr. & Mrs. Brothers,

This is in response to your correspondence regarding your New York State income tax refund for taxable year 2015.

Our records indicate that your refund, in the amount of $360.88 has been applied to your liability with Revenue Services for past due taxes for the State of New Jersey. This debt was certified under your name and Social Security number.

When another agency certifies a debt with this agency, we are required by law to forward your refund for application to the debt. We cannot adjust or modify the records of another agency.

We cannot determine if you owe the debt or what your current balance may be. If the agency debt information is incorrect, it is the responsibility of that agency to refund the money erroneously offset to that debt.

If you have any questions regarding this debt you must contact:

State of New Jersey
Division of Taxation
Multi State Offset Program
PO Box 283
Trenton, NJ 08695-0283
Telephone: 609-943-5000

We hope that we have been of assistance in this matter.

Sincerely,
Liability Obligation Protest Unit

**Exhibit #4**   **TransUnion**

#1

-Begin Credit Report-

## Personal Information

You have been on our files since 10/01/1996

SSN: XXX-XX-9569

Date of Birth: 12/16/1975

**Names Reported:** SEAN R. BROTHERS

### Addresses Reported:

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 2337 S BRANCH RD, BRANCHBURG, NJ 08853-4119 | 12/31/2008 | 1 WEBSTER AVE, MASSAPEQUA, NY 11758-2436 | 12/05/2005 |
| 18 N BRITTANY DR, BETHPAGE, NY 11714-6102 | 06/06/2007 | 2078 GREYSTONE DR, LEBANON, PA 17042-4602 | 09/01/1996 |
| 2887 S BRANCH RD, BRANCHBURG, NJ 08853 | 02/28/2009 | 2883 S BRANCH RD, BRANCHBURG, NJ 08853 | 02/05/2009 |
| 2337 SOUTH BR, BRANCHBURG, NJ 08853 | 08/30/2010 | | |

### Telephone Numbers Reported:

| | | | | | | |
|---|---|---|---|---|---|---|
| (516) 413-6255 | (516) 799-3387 | (908) 644-2376 | (908) 552-6767 | (516) 455-7297 | (516) 749-0677 | (516) 426-1852 |
| (732) 510-9134 | (516) 658-5612 | (908) 336-8126 | | | | |

### Employment Data Reported:

| Employer Name | Date Verified | Position |
|---|---|---|
| IUOE LOCAL 1414B | 04/25/2015 | ENGINEER |

## Public Records

**ALBANY COUNTY CLERK** Docket #: E028246470W0015 ( 32 N. RUSSELL RD, ALBANY, NY 12206, (518) 487-5100 )

| Date Filed: 11/30/2011 | Type: PAID TAX LIEN | Amount: $838 |
|---|---|---|
| Date Paid: 05/17/2012 | Responsibility: Individual Debt | Court Type: Recorder of Deeds |
| Date Updated: 06/08/2012 | | |

Estimated month and year that this item will be removed: 04/2019

**NASSAU COUNTY 1ST DISTRICT COURT** Docket #: 13CV014012 ( 99 MAIN ST., HEMPSTEAD, NY 11550, (516) 493-4200 )

| Date Filed: 08/01/2013 | Type: CIVIL JUDGMENT | Amount: $10,408 |
|---|---|---|
| Date Updated: 08/29/2013 | Responsibility: Individual Debt | Court Type: Recorder of Deeds |
| | Plaintiff: OCEANSIDE CHRISTOPHER | |

Estimated month and year that this item will be removed: 07/2020

**NEW JERSEY FEDERAL COURT-TRENTON** Docket #: 1621401 ( PO BOX 1352, NEWARK, NJ 07101, (609) 989-2129 )

| Date Filed: 06/13/2016 | Type: CHAPTER 13 BANKRUPTCY FILING | Court Type: Federal District |
|---|---|---|
| Date Updated: 06/14/2016 | Responsibility: Contractually Liable Debt | Plaintiff Attorney: JOSEPH W COIRO |

Estimated month and year that this item will be removed: 05/2026

*(handwritten: (609) 421-6100)*

**NEW JERSEY STATE SUPERIOR COURT** Docket #: DJ04890216 ( 25 MARKET ST, TRENTON, NJ 08611, (609) 292-4987 )

| Date Filed: 03/17/2016 | Type: STATE TAX LIEN | Amount: $3,238 |
|---|---|---|
| Date Updated: 03/26/2016 | Responsibility: Individual Debt | Court Type: Recorder of Deeds |

Estimated month and year that this item will be removed: 02/2026

*(handwritten: They took from Federal & I paid the balance.)*

**NEW JERSEY STATE SUPERIOR COURT** Docket #: DJ29481411 ( 25 MARKET ST, TRENTON, NJ 08611, (609) 292-4987 )

| Date Filed: 10/20/2011 | Type: RELEASE OF TAX LIEN | Amount: $1,680 |
|---|---|---|
| Date Paid: 09/06/2012 | Responsibility: Individual Debt | Court Type: Recorder of Deeds |
| Date Updated: 06/01/2013 | | |

Estimated month and year that this item will be removed: 08/2019

*(handwritten: How do I fix when they mixed me up ?)*

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The rating in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

15



On 11/16/2016 at 5:28PM
Eastern/Standard time Wells Fargo's
Executive Office Representative,
Kate Harrenstein stated that it was in
fact wrong for the bank to do what
they have done to us

# 2

February 23, 2017

Sean Brothers
2337 S Branch Rd
Neshanic Station, NJ 08853

Case#:16-21401/CMG
Hearing: June 21, 2017
Time: Ready Hold 12:00PM
Judge: Gravelle

PLEASE NOTE: This notice is being provided for informational purposes
only. As a result of at least one bankruptcy case filing that included
the above referenced account, Wells Fargo Home Mortgage
is NOT attempting in any way to violate any provision of the United
States Bankruptcy Code or to collect a debt (deficiency or otherwise)
from any customer(s) who is impacted by an active bankruptcy case or has
received a discharge, where the account was not otherwise reaffirmed or
excepted from discharge. THIS IS NOT A BILL OR A REQUEST FOR PAYMENT AS
TO THESE CUSTOMER(S). Your decision to discuss workout options with
Wells Fargo Home Mortgage is strictly voluntary.
You are not obligated to pursue any workout options discussed with us. At
your request, we will immediately terminate any such discussions should
you no longer wish to pursue these options.

Subject: We are pleased to provide the enclosed information for:
        Loan number: 0091129395
        Property address: 2337 S Branch Rd
                          Neshanic Station NJ 08853

Dear Sean Brothers :

You recently submitted an application for mortgage assistance with the
loan number shown above. Because Wells Fargo Home Mortgage
used an appraisal or other valuation method to determine the value of
the mortgaged property, you are entitled to receive a copy of the
Valuation Report(s). This report is an analysis of the property, which
was used to place a value estimate of $414,609.00 on the property.

Important information you should know:
You will find another valuation report(s) enclosed that we have on file,
but was not used in making our decision on your request for mortgage
assistance. We are, however, required to provide a copy of this to you
in addition to the report we did use in evaluating your request. In
addition, please note that a written notification about the outcome of
your request for assistance is sent in a separate mailing.

BK188/VGE/pg1

**Monday, April 24, 2017**                    # 5

Incoming Call—4:18PM

Call Duration—7 Minutes

Case#:16-21401/CMG                    **GENEVEIVE**
Hearing: June 21, 2017
Time: Ready Hold 12:00PM
Judge: Gravelle

Called to confirm receipt of home modification application.

### *I DID NOT RECEIVE IT YET!*

Said "this is an attempt to collect a debt" during her disclosure

Said the notes say I asked for a hard paper application last week.

### *I ASKED FOR A HARD COPY ON BEGINNING ON MARCH 29, 2017*

Said that Anna Medina has been out of the office sick for 2 weeks.

### *Anna Medina called me on Monday, April 17, 2017 @ 4:29PM*
### *I also received a phone call from 2 other Wells fargo agents on April 7, 2017 @ 1:43PM (LISA ULRICH), April 12, 2017 @ 6:13PM & 2:11PM and April 13, 2017 @ 8:08AM.*

She asked if I could download the application (first time this is being asked).  She gave me the website www.wellsfargo.com/homepreservation15.
### *I asked if I could make sure the application was able to download prior to ending our phone call*
### *It did NOT! A page error came up (see attached screenshot.)*

Sign On   Customer Service   ATMs/Locations   Español

WELLS FARGO

Personal      Small Business      Commercial          Financial Education   About Wells Fargo

# We can't find your page

## What should I do?

This may have happened due to an incorrect URL, or because a page
expired or moved. You can check the spelling and capitalization of your
URL or use the search box at the top of the page to try again.

**Go to the homepage >**

**Helpful links**

> Sitemap
> Frequently Asked Questions
> Apply for an Account or
  Service

© 1999 – 2017 Wells Fargo. All rights reserved. NMLSR ID 399801

#5

Hearing: June 21, 2017
Time: Ready Hold 12:00PM
Judge: Gravelle



Case#:16-21401/CMG
Hearing: June 21, 2017
Time: Ready Hold 12:00PM
Judge: Gravelle

#9

## Payment Information and Authorization:

All payments will be addressed to **Modification Center** in the form of automatic withdraw or Credit

card/Debit Card authorization. Upon sending this agreement, you must pay promptly for us to begin negotiating

on your behalf. If you are going to make a partial or full payment with a credit card, please enter the card

information below.

Case#:16-21401/CMG
Hearing: June 21, 2017
Time: Ready Hold 12:00PM
Judge: Gravelle

Please fill in your desired payment arrangement below.

Total Charges due    $3,000.00

Amount to be paid upon execution of contract (1st payment)  $ 1000.00

Total amount to be paid by Debit/Credit Card   $3,000.00

1st debit-1,000.00  Date: 8/6/2010          3rd debit- 1,500.00  Date: 9/17/2010
2nd debit-500.00  Date: 8/20/2010

**Note: Above listed payment schedule must be fulfilled in its entirety. The Law office of Thomas J.
Sherwood will allow installment payments as long as all payments totaling the entire retainer fee are paid
in full within 45 days or the completion of the modification whichever occurs first. Failure to make timely
payments according to the above schedule may result in the termination of the negotiations by this firm
and all previous payments will be deemed as earned for services rendered.**

**Credit card authorization**

Credit Card #: ▮▮▮▮▮▮▮▮▮▮            Credit Card type  VISA

Name on Card  Sean  Brothers         Expiration  4-13

Security Code  ▮▮▮▮  (3 or 4 digits)  Billing phone #  732-610-9134
Billing Address  2337  South Branch  Rd  Branchburg  NJ 08853

The payment listed above is authorized for assessment and processing by Thomas J. Sherwood

Auth. Signature  _Sean Brothers_          Date  8-3-10

11

#9

Mr. Sean Bothers
2337 S Branch Rd
Neshanic Station, NJ 08853

Sunday, March 13, 2011

Thomas Sherwood
11524 HWY 92 East
Seffner, FL 33584
Hillsborough county

To Thomas Sherwood,

I'm writing in regards to the home modification case I retained you for back in June, 2010.  The address on the case is 2337 South Branch Road, Neshanic Station, NJ 08853.

I would appreciate it at this time if you'd send all documentation in compliance with my case to show appropriate measures have been taken to help prevent the bank from taking my home.

If you are unable to comply with this request within 30 days I will be forced to contact the BBB as well as the NJ & FL bar associations.

Sincerely,

T. Sheewood 1:38p.
11|16|11

C. Adams 1:40p.
11|16|11

Sean Brothers
(732) 510-9134

AnnMarie Craft
Ref# 12-882
FL State B
800-342-8

Grievence ma
in.
813-221-

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Address<br>B. Received by ( Printed Name)   C. Date of Deliver<br>3|7|11 |
| 1. Article Addressed to:<br><br>Thomas Sherwood<br>11524 HWY. 92 E.<br>Seffner, FL 33584 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandis<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 3090 0001 9219 3610 |

MARIANO & COIRO, P.C.
849 Easton Avenue
Somerset, N.J. 08873-1821
(732) 249-7300
www.MarianoCoiro.com

#9

|                          |                |
|--------------------------|----------------|
| SEAN R. & ASHLEY R. BROTHERS | Page: 1 |
| 2337 SOUTH BRANCH ROAD   | 06/02/2016 |
| NESHANIC STATION  NJ  08853 | |

ACCOUNT NO:        14388-001W
STATEMENT NO:        1

BANK/CHAPTER 13                                                    INTERIM STATEMENT

|            |                                                                                              | HOURS |
|------------|----------------------------------------------------------------------------------------------|-------|
| 05/20/2016 | Fixed Fee for Chapter 13 Bankruptcy representation, as per legal representation agreement executed by client and Firm, including meeting with client; review of client-provided financial records, information, and documentation; preparation of bankruptcy petition and Chapter 13 Plan for filing with Court;  attending creditor's meeting with client; and attending Confirmation Hearing, if required by Court (Legal Fees = $4,000.00). | |
|            | Miscellaneous: Emergent Filing fee ($750.00) | |
|            | FOR CURRENT SERVICES RENDERED | 4,750.00 |
| 06/03/2016 | Miscellaneous: Payment of $1,810.00 received; thank you. | -1,810.00 |
|            | TOTAL CREDITS FOR FEES | -1,810.00 |
| 05/22/2016 | Chapter 13 Court filing fee ($310.00) | 310.00 |
| 05/22/2016 | Chapter 13 Case Fee Payment ($250.00) | 250.00 |
|            | TOTAL EXPENSES | 560.00 |
|            | TOTAL CURRENT WORK | 3,500.00 |
| 05/22/2016 | Payment- Bankruptcy | -3,500.00 |
|            | BALANCE DUE | $0.00 |

PLEASE REMIT PAYMENT TO "MARIANO & COIRO, P.C."  PAYMENTS RECEIVED AFTER THE LAST
DAY OF THE SUBJECT BILLING MONTH WILL APPEAR ON YOUR NEXT STATEMENT. PLEASE NOTE
THAT WE ACCEPT VISA, MASTERCARD & DISCOVER. PLEASE CALL TO PAY BY CREDIT CARD.

(5/5) 621-4394 / Iowa

Kate Harrenstein

#11

1 hour 2 minutes

5:36 PM on 5/16/2016

Complaints of Senior Leade

Friday - 9th time

$97,507.13 doesn't +.13
Escrow short
$40,465.43 Sent to Senior leadership

(2) open cases in office

Sept + Oct.

authorization

Case#:16-21401/CMG
Hearing: June 21, 2017
Time: Ready Hold 12:00PM
Judge: Gravelle

#7 needle in haystack b/c of # of alberts + Marias

hour time incredments

Request to pull all notes on account - enquiring about POA - 30 YR lifespan

1st person to know WF faxes for free

What happened to payments.

\* Home owners insurance
($1,542.45 Total)

Recewed 2010

\* Has to request more info

\* Need complete Financial Packet \*

\* Tell Why documents \*    3086,00
       are needed              2100,22
Escrow Short should be $1,182.87   308,49
                                    $5495,71

2%  would be gone
3%   3.75%

                                527,000
                              - 63,000
                                 4,000

Not on

Jan
July
$2100,
Aug
A.A.
monthl
$308.40
(1) Oct.
$3,086:
   4
$6,728.6
In payme

(#11) Everything doesn't freeze
      when you fill bankruptcy
      just late fees stop
Principal balance hasn't changed

Case #: 16-21401-CMG

Wells Fargo
Kate Harrenstein
515-631-4394
Monday, November 21, 2016

Hearing: June 21, 2017
Time: Ready Hold 12:00PM
Judge: Gravelle

Outgoing Call @ 8:45AM—Left message
Outgoing Call @ 12:18PM—arranged to speak at 3PM Eastern time
Incoming Call @ 3PM—Call lasted 58 Minutes

# NEXT PHONE CALL—Wednesday, November 30, 2016 @ 3PM

## *Overview of phone call*

1. Kate is going to find out where the $1,800 being paid to the trustee is
2. Kate is going to see why a check for $49.38 was cut
3. Kate requested a payment history for the life of the loan
4. Kate is emailing me the property insurance requirements along with the PMI statement.
5. Kate is looking into the Escrow balance error.

- We looked over the 9/6/2016 statement together.   Talked about the errors in applied payments along with the numbers not matching up with the proof of claim. We will readdress the issue once I receive the "customer friendly payment history"
- Kate is speechless & doesn't understand why the payments aren't being applied in the amount of $3007.76
- I am included in the foreclosure suit because I was added to the title during the modification process back in 2012.  Kate explained that Wells Fargo should not have needed any POA to speak with me after that point.
- In the event that any other WF representative refuses to speak with me because Sean R. Brothers is the primary name on the loan, there is a POA on file that doesn't expire until 2052
- Kate doesn't think this issue will be resolved before Christmas.  I asked if there is any way to adjust the payments being made to the trustee until we figure out the ACTUAL arrears.  She said that is something that has to be discussed between our lawyer, the trustee and the judge.

## *Private Mortgage Insurance*

What is Wells Fargo Covered For? Can I get a detailed copy of the policy including the company that is being used, the deductible & the premium?

SENT TO EMAIL (AshleyBrothers220@gmail.com) WITH MINIMUM INSURANCE COVERAGE FOR THE HOUSE.

## *Escrow*

*Numbers are NOT adding up*

*July-Escrow Balance*

**WELLS FARGO HOME MORTGAGE**

P.O. Box 10335
Moines, IA 50306-0335

FOR PAYMENT OF ESCROW TO MORTGAGOR

**#18**

WELLS FARGO BANK N.A
WELLS FARGO BANK N.A
ESCROW DISB CLRNG/708

ARC     600          0091129395
0091129395
1-866-234-8271

17-1
910

| CHECK NO. | MO/DAY/YR |
|---|---|
| 7031444872 | 10/13/2016 |

| AMOUNT |
|---|
| $49.38 |

PAY TO
THE ORDER
OF

SEAN BROTHERS
2337 S BRANCH RD
NESHANIC STATION  NJ 08853

Case#:16-21401/CMG
Hearing: June 21, 2017
Time: Ready Hold 12:00PM
Judge: Gravelle

Forty Nine and 38/100 Dollars

_Deborah_ (signature)
AUTHORIZED SIGNATURE

⑈703144872⑈ ⑆091000019⑆ 650470147 2⑈

---

## Disbursement Check Voucher

| PAYEE NAME & ADDRESS | SEAN BROTHERS 2337 S BRANCH RD NESHANIC STATION NJ 08853 | | CHECK NUMBER: 7031444872 CHECK DATE: 10/13/2016 PAYEE CODE: 0091129395 |
|---|---|---|---|

BATCH: **ARC**          **PAGE 1 OF 1**

| LOAN NUMBER | SHORT NAME/ INIT NAME/ PROPERTY ADDRESS | DESCRIPTION | TRAN CODE | DATE | AMOUNT DUE |
|---|---|---|---|---|---|
| 129395 | S    BROTHERS | | 307 | | 49.38 |

*Was incorrectly sent. Have no escrow overage depending on where you look @ our account.*

*Kate Harrenstein instructed me to cash the check on 11/21/16 since its another mistake made by Wells Fargo.*

| Check Totals: | | | | 1 Item | $49.38 |
|---|---|---|---|---|---|

**#18**

WELLS  HOME
FARGO MORTGAGE

Wells Fargo Home Mortgage
MAC N9408-L14
2701 Wells Fargo Way
Minneapolis, MN 55408

*Tanaya Arteaga 10|13 - 2pm - 2:23p ★ can't find escrow analysis ★*

September 15, 2016

SEAN BROTHERS
2337 S BRANCH RD
NESHANIC STATION, NJ 08853

PLEASE NOTE: This notice is being provided for informational purposes only. As a result of at
least one bankruptcy case filing that included the below referenced account, Wells Fargo is NOT
attempting in any way to violate any provision of the United States Bankruptcy Code or to
collect a debt (deficiency or otherwise) from any customer(s) who is impacted by an active
bankruptcy case or has received a discharge, where the account was not otherwise reaffirmed or
excepted from discharge. THIS IS NOT A BILL OR A REQUEST FOR PAYMENT.

Subject: Escrow account overage
     Mortgage account number: 0091129395
     Property address: 2337 S BRANCH RD
               NESHANIC STATION, NJ 088534119

Dear SEAN BROTHERS   ,

Each year, we review mortgage accounts to make sure the escrow portion of the scheduled
payment covers the property taxes and/or insurance premiums. Increases or decreases in the
annual property taxes and/or insurance premiums may cause the mortgage payment amount to
change.

In our recent review of the mortgage account noted above, we determined it had an overage of
$49.38. For details on how this overage was calculated, please refer to the detailed escrow
analysis statement included with this letter. Due to your current bankruptcy case, this overage
and a copy of your detailed escrow analysis statement have been forwarded to the trustee
handling your case.

If you have any questions or need further assistance, please call us at 1-800-416-1472, Monday
through Friday, 8:00 a.m. to 8:00 p.m. Central Time.

Escrow Operations
Wells Fargo Home Mortgage

Enclosure



#22

Thursday 3/2/17 @
1:53PM

Incoming carol -
mayors office

~~~~~~~~~~~~~~

Call:

1st Senator Menendez
(973) 645 - 3030

2nd - Congressman leonard
Lance
(908) 518 - 7733

* Problems w/ WF. Contacted
CPFB + I'm not happy
w/the way its being
handled *

* Gov. Office *

Case #:16-21401/CMG
Hearing: June 21, 2017
Time: Ready Hold 12:00PM
Judge: Gravelle

Thursday 3/2/2017

Incoming @ 2:11PM

Call: 7min

Will go to bat for our home

Weekly conference calls
w/WF.

Send over all documents
+ they will present
them to the bank

~~~~~~~~

Call: Doug Reese

Non-Profit Housing Couns.

(973) 676-5506

X-2175

#22

Linda - Wells Fargo - 1/23/17
11:48 AM - called to see if all
of the documents were
sent over. Explained they
were sent on Friday +
should be arriving monday
1/23 or Tuesday 1/24. She
said her next call would be
when she receives the docs.
or 5 days from now. Whichever
comes 1st.

called January 30 - 12:47P
Voicemail - Requesting she
call back by the end of
the day to confirm
receipt of corrected 4506-7

1/30/2017  #22

11:30 - outgoing 12½ minutes

Reviewed Documents

Friday 1/27/2017.

Inquired about union
and additional expenses
Thought was the trustee

wants to write 1/1/2016
just needs to have it on
file. [THEY DO NOT NEED THEM
TO MODIFY LOAN]

linda.e.andrews@wellsfargo.com

#22

Email sent
12:15 PM

1/30/2017 - VM - Linda Andrews
4:15 PM

2/3/2017 - another agent
calling to inquire about
2012.

Wanted to see if we are still
willing to authorize WF
to speak to gov. Christie?

In 2012 we were told they
couldn't legally do that.
It prolonged the process an
additional 3 mths.

2/8/17 Linda Andrews - 12:45 - left voicemail
requesting follow up.

#22

Kelly - Calling b/c she
received following pages

62 - 63 - 71 + 70

16:30 - 2|9
    9:49AM

Linda Andrews - Hopefully
* be resolved by 3|1

can i call to have it done?

☒ Must be done by WF hired
    appraisers.

10:58 AM - 2/9
    8minutes

Will note the system
that the photos sent in
must be used

#22

2|13|2017 - 5:54 @ 10:34AM
    Partial deplicable account
sending.
    Contradicting EVERYTHING
that I was told in 2017
    ① No foreclosure when in
    modification review
    ② Authorization to speak to
    courts.

(#22)

Wednesday 2/22 @ 6:43p
MIKE calls to set up
appraisal to complete
modification

Thursday 2/23 @ 4:21p
Linda calls - modification
denied - appraisal cancelled

2/26- MIKE came @ 10A to do
appraisal on home.
*NO contact w/ WF*

2/26 · 10:49 MIKE called WF
wants the appraisal.

2/26 · 11:20 · Left Linda And.
VM about lack of communication
call lasted 4m 11s.

#22

Tuesday 2/28 @ 4.39P.
Kelly called

I requested she call back
the following day b/c my
children just got off the
bus. *

Wednesday 3/1 @ 12:16PM
Kelly called. I was
in the middle of the store
& let it go to VM.

Thursday 3/2 @ 11:13AM
Lisa called about NJ
attorney general complaint.
* call was dropped *

Thursday 3/2 @ 11:17AM
Lisa called. We arranged
to speak @ 2p. EST b/c
Alyssa was sick & I
needed to tend to her.

Thur 3/2 @ 1:53P. Gov Office. Refferred
to Menendez office.

#2

Thur 3/2 @ 2:03 P. I left a VM for WF contact w/in the Senators office.

Thur 3/2 @ 3:26P lisa called. We discussed "WHY" I'm in need of help + possible resolutions
① Deed in leu
② Split debt 50/50
③ cash for keys
④ Short sale

She asked why I want to keep the house if its such a dump.

call ended after 29 minutes b/c my husband came home w/my middle son. He had a hair cut scheduled for 4:15P.

Thur 3/2 @ 4:05 kerry called w/an attitude. I have explained I can't speak after 4 b/c of my children

#22

I further explained I was walking into the barber w/my son + was not discussing personal issues infront of strangers. She got angry.

I told her I'd call back but between the barber + picking my oldest up from school I did not arrive home until after her day ended

#22

Kelly - (800) 853-8516
ext. 13 3 5 6 2 1 0 0 4
7:30A - 4:30P.

Kelly transferred both cases
over to lisa @ this point in
time to avoid further issues
w/ too many WF peopel reaching
out back to back

Outgoing @ 10:54 AM on 3/3/2017
No account information was
confirmed

lisa - (800) 853-8516
ext: 1 3 3 5 6 2 1 0 8 5

Outgoing call on 3/3 @ 10:59A
18.29 min.

208 pages of documents to go

Vanessa #22 call
4:44p - 6/8/2017

Leslie - underwriter
Need Paystubs.
Requesting: 4 Paystubs.
Same paystubs which is
why modification was
denied :

Asked for another release

Call was ended by
WF @ 4:53 E

vanessa.juarez@wellsfargo.
com