UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
44244
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Santander Consumer USA, Inc., dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.

Order Filed on July 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
SEAN BROTHERS
ASHLEY R. BROTHERS

Case No.: 16-21401(CMB)

Adv. No.:

Hearing Date: 6-21-17

Judge: CMG

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

The relief set forth on the following page, numbered two is hereby **ORDERED**.

**DATED: July 18, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Sean R. Brothers and Ashley R. Brothers
Case No:  16-21401(CMG)
Order vacating automatic stay and co-debtor stay as to personal property


Upon consideration of the motion of Santander Consumer USA Inc., dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. for an order vacating the automatic stay and co-debtor stay as to personal property, and this order having been served upon the debtors and the non-filing co-debtor, Steven Strunk under the 7 day rule with no objections having been received as to the form and entry of the within order, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay as to the debtor, Ashley R. Brothers and co-debtor stay as to the co-debtor, **Steven Strunk** is vacated to permit of Santander Consumer USA Inc., dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. to pursue its rights in the personal property described below and as to the debtor and co-debtor.

**This order shall become effective on July 14, 2017.**

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2014 Dodge Journey
Vehicle identification number
3C4PDDAG1ET206198

CERTIFICATE OF MAILING

I hereby certify that on _____ , 20_____ , a copy of the foregoing Order was served on each of the following: Movant.

JAMES J. WALDRON, Clerk