UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
44244
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Santander Consumer USA, Inc., dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.

In Re:
SEAN BROTHERS
ASHLEY R. BROTHERS

**Order Filed on July 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-21401(CMB)

Adv. No.:

Hearing Date: 6-21-17

Judge: CMG

# ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

The relief set forth on the following page, numbered two is hereby **ORDERED**.

**DATED: July 18, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:  Sean R. Brothers and Ashley R. Brothers
Case No:  16-21401(CMG)
Order vacating automatic stay and co-debtor stay as to personal property

Upon consideration of the motion of Santander Consumer USA Inc., dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. for an order vacating the automatic stay and co-debtor stay as to personal property, and this order having been served upon the debtors and the non-filing co-debtor, Steven Strunk under the 7 day rule with no objections having been received as to the form and entry of the within order, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay as to the debtor, Ashley R. Brothers and co-debtor stay as to the co-debtor, **Steven Strunk** is vacated to permit of Santander Consumer USA Inc., dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. to pursue its rights in the personal property described below and as to the debtor and co-debtor.

**This order shall become effective on July 14, 2017.**

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Personal Property
2014 Dodge Journey
Vehicle identification number
3C4PDDAG1ET206198

CERTIFICATE OF MAILING

I hereby certify that on _____ , 20_____ , a copy of the foregoing Order was served on each of the following: Movant.

JAMES J. WALDRON, Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Sean R. Brothers
Ashley R. Brothers
    Debtors

Case No. 16-21401-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 18, 2017
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2017.
db/jdb        +Sean R. Brothers,    Ashley R. Brothers,    2337 South Branch Road,    Neshanic Station, NJ 08853-4119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2017 at the address(es) listed below:
         Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
         Albert Russo    docs@russotrustee.com
         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         Denise E. Carlon    on behalf of Creditor    VW Credit, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc., dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
         Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         TOTAL: 7