Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  16−21401−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sean R. Brothers                                 Ashley R. Brothers
   2337 South Branch Road                   aka Ashley Strunk
   Neshanic Station, NJ 08853               2337 South Branch Road
                                                    Neshanic Station, NJ 08853

Social Security No.:
   xxx−xx−9569                                       xxx−xx−8040

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on August 22, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 22, 2017
JAN: dmi

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-21401-CMG
Sean R. Brothers                                                       Chapter 13
Ashley R. Brothers
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Aug 22, 2017
                              Form ID: 148             Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2017.
db/jdb         +Sean R. Brothers,    Ashley R. Brothers,    2337 South Branch Road,
                 Neshanic Station, NJ 08853-4119
cr             +Santander Consumer USA, Inc., dba Chrysler Capital,    P.O. Box 562088, Suite 900 North,
                 Dallas, TX 75356-2088
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
516229672       Alliance One Receivables Management Inc,    PO Box 11641,   Tacoma, WA 98411-6641
516229673      +Best Buy,   PO Box 6403,    Sioux Falls, SD 57117-6403
516229674      +Bureau of Accounts Contr,    3601 Route 9 North,   Howell, NJ 07731-3395
516229676      +CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
516229679     ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
               (address filed with court: CitiFinancial,     300 Saint Paul Pl,   Baltimore, MD 21202)
516229677      +Chase,   PO Box 183222,    Columbus, OH 43218-3222
516229680       Comcast,   PO Box 1577,   Newark, NJ 07101-1577
516229681      +Complete Payment Recovery Systems, Inc.,    3500 5th Street,   Northport, AL 35476-4723
516229684      +Dubitsky Family Dental,    201 Omni Drive,   Hillsborough, NJ 08844-4525
516229688      +JP Morgan Chase Bank, NA,    3415 Vision Drive,   Columbus, OH 43219-6009
516289758       JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
516229689       Kohls/CapitalOne,   PO Box 30285,    Salt Lake City, UT 84130-0285
516229692      +Massage Envy/Flemington,    100 Reaville Avenue,   Flemington, NJ 08822-6839
516229694      +Michael Delatte OD,   325 Promenade Blvd,    Bridgewater, NJ 08807-3457
516229696       Nationwide Credit, Inc.,    PO Box 26314,   Lehigh Valley, PA 18002-6314
516279031      +Oceanside Christopher FCU,    45 Atlantic Avenue,   Oceanside, New York 11572-2035
516229697      +Paw Prints Veterinary Hospital, LLC,    121 U.S. Highway 202,   Ringoes, NJ 08551-1908
516229698      +Phelan, Hallilnan, Diamond & Jones, PC,    400 Fellowship Road,   Suite 100,
                 Mount Laurel, NJ 08054-3437
516229699       Pressler & Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
516229701      +Somerset Pysch Assoc,    407 Omni Drive,   Hillsborough, NJ 08844-4527
516229702       Stellar Recovery, Inc.,    PO Box 1119,   Charlotte, NC 28201-1119
516229703       Steven C. Strunk,    18 N. Brittany Drive,   Bethpage, NY 11714-6102
516229707      +TSI,   PO Box 17221,   Wilmington, DE 19850-7221
516229706      +The Port Authority of NY & NJ,    150 Greenwich Street,    New York, NY 10007-2355
516365275      +VW Credit, Inc.,    PO Box 9013,   Addison, Texas 75001-9013
516229708       Verizon Wireless,    PO Box 408,   Newark, NJ 07101-0408
516229709       Volkswagen Credit,    PO Box 5215,   Carol Stream, IL 60197-5215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 22 2017 23:13:46     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 22 2017 23:13:42     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516229671      +E-mail/Text: dkretschmer@bchaselaw.com Aug 22 2017 23:13:39
                 ACB Receivables Management, Inc.,    c/o Bart A. Chase, Esq.,   450 Springfield Avenue,
                 PO Box 871,   Summit, NJ 07902-0871
516347211      +EDI: CHRM.COM Aug 22 2017 22:58:00     CCAP AUTO LEASE LTD,   P.O. BOX 961275,
                 FORT WORTH, TX 76161-0275
516229675       EDI: CAPITALONE.COM Aug 22 2017 22:58:00     Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
516315590       EDI: CAPITALONE.COM Aug 22 2017 22:58:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
516362797       EDI: BL-BECKET.COM Aug 22 2017 22:58:00     Capital One NA,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
516276570      +E-mail/Text: bankruptcy@cavps.com Aug 22 2017 23:14:02     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516229678      +EDI: CHRM.COM Aug 22 2017 22:58:00     Chrysler Capital,   PO Box 961275,
                 Fort Worth, TX 76161-0275
516229682       EDI: ESSL.COM Aug 22 2017 22:58:00     Dish Network,   Dept. 0063,    Palatine, IL 60055-0063
516229683       EDI: DCI.COM Aug 22 2017 22:58:00     Diversified Consultants, Inc.,    PO Box 551268,
                 Jacksonville, FL 32255-1268
516229685      +E-mail/Text: data_processing@fin-rec.com Aug 22 2017 23:13:31
                 Financial Recovery Services, Inc.,    PO Box 4115,   Concord, CA 94524-4115
516229686       EDI: JEFFERSONCAP.COM Aug 22 2017 22:58:00     Jefferson Capital System,    16 McLeland Rd,
                 Saint Cloud, MN 56303
516441642       EDI: JEFFERSONCAP.COM Aug 22 2017 22:58:00     Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
516229687       EDI: DCI.COM Aug 22 2017 22:58:00     Jefferson Capital Systems, LLC,    c/o DCI,
                 PO Box 551268,   Jacksonville, FL 32255-1268
516229691       E-mail/Text: data_processing@fin-rec.com Aug 22 2017 23:13:31     LVNV Funding, LLC,
                 c/o Fianancial Recovery Services, Inc.,    PO Box 385908,   Minneapolis, MN 55438-5908

```
District/off: 0312-3          User: admin               Page 2 of 2               Date Rcvd: Aug 22, 2017
                              Form ID: 148              Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516263237        EDI: RESURGENT.COM Aug 22 2017 22:58:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of Vion Holdings LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
516229690        EDI: RMSC.COM Aug 22 2017 22:58:00      Lowe's/Synchrony Bank,    PO Box 530914,
                  Atlanta, GA 30353-0914
516263243        EDI: MERRICKBANK.COM Aug 22 2017 22:58:00      MERRICK BANK,    Resurgent Capital Services,
                  PO Box 10368,    Greenville, SC 29603-0368
516229693       +EDI: MERRICKBANK.COM Aug 22 2017 22:58:00      Merrick Bank,    PO Box 9201,
                  Old Bethpage, NY 11804-9001
516360055       +EDI: MID8.COM Aug 22 2017 22:58:00      Midland Funding LLC,    PO Box 2011,
                  Warren MI 48090-2011
516229695        EDI: MID8.COM Aug 22 2017 22:58:00      Midland Funding LLC,    PO Box 60578,
                  Los Angeles, CA 90060-0578
516229705       +EDI: RMSC.COM Aug 22 2017 22:58:00      SYNCB/PC Richard,    PO Box 965036,
                  Orlando, FL 32896-5036
516229700       +E-mail/Text: bankruptcy@savit.com Aug 22 2017 23:14:42      Savit Collection Agency,
                  PO Box 250,   East Brunswick, NJ 08816-0250
516229704       +EDI: STF1.COM Aug 22 2017 22:58:00      Sun Trust Bank,    PO Box 85052,
                  Richmond, VA 23285-5052
516444326        EDI: WFFC.COM Aug 22 2017 22:58:00      WELLS FARGO BANK, N.A.,    WELLS FARGO BANK, N.A.,
                  Default Document Processing,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516229710        EDI: WFFC.COM Aug 22 2017 22:58:00      Wells Fargo Bank, NA,    PO Box 10368,
                  Des Moines, IA 50306-0368
                                                                                              TOTAL: 27

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2017 at the address(es) listed below:

```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    VW Credit, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc., dba Chrysler Capital
               as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
                                                                                              TOTAL: 7
```